No. 669. FIORIVANTI *v.* FIORIVANTI. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan M. Lubar* for petitioner. *Alvin L. Newmyer* and *Alvin L. Newmyer, Jr.* for respondent.

No. 698. WELCH *v.* ATLANTIC GULF & WEST INDIES STEAMSHIP LINES. C. A. 2d Cir. Certiorari denied. *Arthur D. Condon* for petitioner. *Frederick F. Greenman* for respondent.

No. 538. MORRIS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Thos. H. Dent* and *W. J. Durham* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *J. Milton Richardson, Ed Reichelt* and *David B. Irons,* Assistant Attorneys General, for respondent.

No. 646. COHEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Joseph M. Howard* and *John R. Benney* for the United States.

No. 656. MILWAUKEE TOWNE CORP. *v.* LOEW'S INCORPORATED ET AL. C. A. 7th Cir. Motion for leave to file brief of Allied States Association of Motion Picture Exhibitors, as *amicus curiae,* denied. Certiorari denied. *Thomas C. McConnell* for petitioner. *Miles G. Seeley* for Loew's Incorporated et al., *Edward R. Johnston* for Paramount Pictures, Inc., *John F. Caskey* and *Francis E. Matthews* for Twentieth Century-Fox Film Corp., and *Vincent O'Brien* for Warner Bros. Pictures Distributing Corp. et al., respondents.